DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

LEE v. SIMPSON

No. 46 PC.

Case below: 44 N.C. App. 611.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 April 1980.

LEVINE v. DONATHAN

No. 34 PC.

Case below: 44 N.C. App. 730.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980.

LOVING CO. v. CONTRACTOR, INC.

No. 23 PC.

Case below: 44 N.C. App. 597.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

MANUFACTURING CO. v. MANUFACTURING CO.

No. 12 PC.

Case below: 44 N.C. App. 347.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980.

ROBINHOOD TRAILS NEIGHBORS v. BOARD
OF ADJUSTMENT

No. 50 PC.

Case below: 44 N.C. App. 539.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 April 1980.